
**FILED**
Apr 19, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SONIA SANCHEZ,<br><br>Defendant. | CASE NO. 1:21-mj-00033-SAB<br><br>ORDER FILING REDACTED INDICTMENT AND UNSEALING REDACTED INDICTMENT AND ARREST WARRANT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the redacted indictment and arrest warrant in the above-captioned matter are hereby ordered unsealed.

IT IS SO ORDERED.

Dated: __April 19, 2021__   _____
UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING INDICTMENT